# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-40430-7 JMK  
**Case Name:** LINN, PAUL DARIAN, JR.  

**Trustee:** (360070)  DARCY D WILLIAMSON  
**Filed (f) or Converted (c):** 03/24/10 (f)  
**§341(a) Meeting Date:** 04/20/10  
**Claims Bar Date:**  

**Period Ending:** 09/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 2 | Dresser and Entertainment Center | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | 1985 Mustang - not running | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2010 Tax Refunds  (u) | 0.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 6 | Bank Account (MetaInc Debit Card)  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$1,400.00** | **$1,500.00** | | **$0.00** | **$1,500.00** |

**Major Activities Affecting Case Closing:**

Requested copies of bank statements for the months of December through March, 2010; and requested copies of the debtor's 2010 tax returns (when prepared) and turnover of any refunds.  Requested and received pictures of 1985 Mustang, and Trustee will abandon.  Requested and received an itemization of how 2009 tax refunds were spent with receipts. To pursue assets or file NDR upon receipt of all documentation.

**Initial Projected Date Of Final Report (TFR):** May 30, 2011     **Current Projected Date Of Final Report (TFR):** May 30, 2011

Printed: 10/27/2010 11:48 AM     V.12.54